UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  DR:18-CR-01614(3)-AM |
| § | |
| (3) ANTONIO HERNANDEZ III § | |

### ORDER REVOKING SUPERVISED RELEASE
### AND RE-SENTENCING DEFENDANT

On **April 02, 2025**, came on to be heard before the Court, the Government's Petition to Revoke the Defendant's term of supervised release filed on **September 25, 2023**.  The defendant, **(3) ANTONIO HERNANDEZ III**, appeared with attorney **Dalila Padilla Paxton**, and the government appeared by Assistant United States Attorney, **Tyler Fleming**, in the above-entitled and numbered criminal action.

The defendant pled <u>not true</u> to the Violations alleged in the Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on April 02, 2025, that the defendant has violated the terms of supervised release as alleged in the said petition.  Thus, the Government's petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered by the Court **January 16, 2020**,  as set forth in the judgment entered on **January 24, 2020**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

The Court has considered the policy statements contained in Chapter 7 of the Sentencing

Guidelines Manual and finds the application to be adequate.

Persuant to the Sentencing Reform Act of 1984, it is the **ORDER** of the Court that the defendant, **(3) ANTONIO HERNANDEZ III** be committed to the custody of the U.S. Bureau of Prisons for a term of **Twelve (12) months**, with credit for time served from April 2, 2024, forward.

Upon release from imprisonment, the defendant's term of supervised release will recommence for a period of **Twenty-Four (24)** months. While on supervised release, the defendant shall comply with all conditions of supervision adopted by this court in November 2016. In addition, it is ordered by the Court that the defendant shall comply with the following special conditions.

The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program shall include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). The defendant must pay the costs of such treatment based on the defendant's ability to pay.

The defendant shall not use or possess any controlled substances without a valid prescription. If a valid prescription exists, the defendant must disclose the prescription information to the probation officer and follow the instructions on the prescription.

The defendant shall submit to substance abuse testing to determine if the defendant has used a prohibited substance. The defendant shall not attempt to obstruct or tamper with the

testing methods. The defendant shall pay the costs of testing if financially able.

The defendant shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, psychedelic mushrooms, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

The Court ORDERS the defendant's immediate release from custody.

SIGNED on this **2nd day of April, 2025**.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE

## RETURN

I have executed this Revocation Order as follows:

_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal